APPALOOSA INVESTMENT, L.P.I., ET AL., PLAINTIFFS–RESPONDENTS, v. J.P. MORGAN SECURITIES, INC., DEFENDANT–MOVANT, AND BMO NESBITT BURNS, INC., ET AL., DEFENDANTS.

November 20, 2007.

ORDERED that the motion for leave to appeal is granted, and the matter is summarily remanded to the Appellate Division to consider the appeal on the merits.

936 A.2d 966

IN RE PETITION FOR REVIEW OF THE DETERMINATION BY THE COMMITTEE ON THE UNAUTHORIZED PRACTICE OF LAW.

November 20, 2007.

A petition for review of an opinion of the Committee on the Unauthorized Practice of Law having been filed by petitioner, Riverview Professional Service, pursuant to *Rule* 1:22–3A, and the Court having considered the same,

It is ORDERED that the petition for review seeking review of the decision of the Committee on the Unauthorized Practice of Law in respect of the appearance of Riverview Professional Services' nurses as "authorized representatives" of insurance companies at Personal Injury Protection arbitrations is granted.